# EXHIBIT

# A

Approved, SCAO

| State of Michigan<br>In the 61st District Court | JUDGMENT LANDLORD-TENANT | Case Number:<br>2018-LT-0001921 |
|---|---|---|

Kent County Courthouse, Suite 1400, 180 Ottawa NW, Grand Rapids, MI 49503-2751 . Phone: (616) 632-5555

| SIMPLE HOME MANAGEMENT | VS. | EVA MOLINA ET AL. |
|---|---|---|

**TO:**

**THE COURT FINDS:** Judgment against Eva Molina

by ☐ hearing ☒ default* ☐ consent**

*For a defendant on active military duty, default judgment shall not be entered as provided by the Servicemembers Civil Relief Act.

[ ] Personal Service Plaintiff
[ ] Personal Service Defendant

**POSSESSION JUDGMENT**

☐ 1. The Plaintiff has a right to recover possession of the property.
☒ 2. There is now due to plaintiff for nonpayment of rent and other money due under the lease:

| u. Rent to retain possession | $2140.00 |
|---|---|
| v. Other money due*............ | $105.00 |
| w. Costs ............................... | $292.81 |
| x. Total ................................. | $2537.81 |

☐ 3. The defendant has a right to retain possession.

**IT IS ORDERED:**

☒ 4. ☒ a. The plaintiff can apply for an order evicting the defendant if the defendant does not pay the plaintiff or the court the amount due in item 2d above or does not move out on or before **July 30, 2018**
☐ b. The plaintiff can apply for an order evicting the defendant if the defendant does not move out on or before.
☐ c. An immediate order of eviction shall be entered pursuant to MCL 600.5744(2).
☒ 5. The defendant may be liable for money damages after moving if additional rent is owed or if there is damage to the property.
☒ 6. Acceptance of partial payment of the total amount due in item 2d above [] will [X] will not prevent the court from issuing an order evicting the defendant.
☒ 7. No money judgment is entered at this time.

**MONEY JUDGMENT**

☐ 8. A possession judgment was previously entered.
☐ 9. A money judgment, which will earn interest at statutory rates, is entered as follows:

| Damages: | $0.00 |
|---|---|
| Costs: | $0.00 |
| Total: | $0.00 |

10. **THE COURT FURTHER ORDERS:** Judgment includes all other occupants.
* Other money due includes Water Bill: $_, Late Fees $70.00, Electric Bill $_, Bad Check Fee $35.00, Gas Bill $_, and Security Deposit $_.
Money Claim is adjourned for personal service. All address changes must be reported.

07/20/2018
Date

David J. Buter

**YOU ARE ADVISED** that you may file a motion for a new trial, a motion to set aside a default judgment, or an appeal and appeal bond, which must comply with all court rules and must be filed in court by **July 30, 2018**. You may want legal help.

☐ MCR 4.201(I) was explained to the parties.

| CERTIFICATE OF MAILING: I certify that on this date I served a copy of this judgment on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined in MCR 2.107(C)(3).<br>07/20/2018<br>Date  Deputy Clerk | ** Approved<br><br>Date  Plaintiff/Attorney<br><br>Date  Defendant/Attorney |
|---|---|

DC 105 (3/15) JUDGMENT, LANDLORD-TENANT    MCR 4.201(K)(1)(d), MCL 600.5744, 50 USC 521