# EXHIBIT

# C

Michigan Department of Treasury, FOD
M-1006 (Rev. 9/96)

# GARNISHMENT DISCLOSURE

| Name of Court | Court for City/County of: | Case Number |
|---|---|---|
| 61ST DISTRICT COURT | GRAND RAPIDS | 2018LT0001921 |

| Plaintiff/Trustee | the Michigan Department of Treasury, garnishee defendant, and |
|---|---|
| SIMPLE HOME MANAGEMENT LLC | vs Name of Principal Defendant |
| Plaintiff's Attorney | |
| VELO LAW OFFICE | MOLINA EVA |

MOLINA EVA M
1139 LINCOLN AVE APT 8
HOLLAND MI 49423

Supplementary Disclosure

According to our records, at the time the writ of garnishment was served, the State of Michigan was indebted to the principal defendant from an over payment of taxes, credits or lottery winnings.

| Department of Treasury Authorized Representative | Disclosure date |
|---|---|
| J. PERALTA | 03/04/2021 |

## PAYMENT INFORMATION

| Date Received | |
|---|---|
| 11/02/2020 | |
| Social Security or FE Number | |
| XXX-XX-7770 | |
| Amount of Garnishment (may include court costs and interest) | |
| 2449.33 | |
| Garnishment Fee | |
| 5.00 | |

1. Total garnishment amount including court costs ............... 1. __2449.33__
2. Amount payable to ATTORNEY ............... 2. __829.00__

The payment will be sent to the payee indicated above in 28 days from the date on this disclosure. If a garnishment release, satisfaction of judgment, or bankruptcy notice (validated by the court) is received in our office within the 28 days, we will issue a refund to the principal defendant or bankruptcy trustee if there are no other debts to be paid.

01                                    TAXPAYER

CID 02300 7770 ZC

Michigan Department of Treasury
2075 (Rev. 04-15)

# Notice of Income Tax Refund Used for Debts

Mar 04, 2021

MOLINA EVA M
1139 LINCOLN AVE APT 8
HOLLAND MI 49423

XXX-XX-7770

Refund amount:            $829.00
~~Less amount applied to debt(s):~~    ~~$829.00~~
Refund to be issued to taxpayers:    $.00
Refund is for tax year:    2020

The Michigan Department of Treasury is holding your income tax refund for the tax year listed above based on the debt(s) owed to the agency(s) below. This may delay your refund for up to 2 months.

If part of the refund is being applied to a garnishment, we are required to hold that portion of the refund for at least 28 days from the date on the garnishment disclosure. The remaining portion of your refund not subject to a garnishment will be issued to you within seven business days. If a garnishment release, satisfaction of judgment, or bankruptcy notice (either of which must be court validated) is received in our office within the 28 days, we will issue a full refund to you (or to your trustee) for the portion of the refund held for the debt(s), provided there are no other debts to be paid.

If part of the refund is applied to child support, probate, MI Health Account, Michigan Department of Health and Human Services, Unemployment Insurance Agency debts, or an IRS levy, allow at least *seven business days* from the date on this letter to receive any part of the refund owed to you.

For more information on the refund offset process, call 517-636-4486 and follow the menu options. If you have questions about how the refund was applied, please write to the Michigan Department of Treasury, Third Party Withholding Unit, PO Box 30785, Lansing MI 48909 or call 517-636-5333 between 8 a.m. and 5 p.m.

Contact the agency, plaintiff or plaintiff attorney indicated below for specific questions about the debt, or if the debt has been paid.

| Agency/Court | Debt Detail | Plaintiff/Attorney |
|---|---|---|
| 61ST DISTRICT COURT<br>180 OTTAWA AVE NW<br>SUITE 1400<br>GRAND RAPIDS MI 49503<br>616-632-5700 | Garnishment<br>XXX-XX-7770<br>2018LT0001921<br>$2,449.33 | SIMPLE HOME MANAGEMENT LLC<br>VELO LAW OFFICE<br>1750 LEONARD ST NE<br>GRAND RAPIDS MI 49505<br>855-736-6371 |

**THERE MAY BE MORE INFORMATION ON BACK**