# EXHIBIT

# D

Approved, SCAO

Original - Garnishee (Part 1)
1st copy - Court (Part 2)
2nd copy - Defendant (Part 1)
3rd copy - Plaintiff (Part 1)

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| 61st JUDICIAL DISTRICT / JUDICIAL CIRCUIT | GARNISHMENT RELEASE | 2018-LT-1921 |

**Court address**
Kent County Courthouse, 180 Ottawa Ave NW Grand Rapids MI  49503

**Court telephone no.**
6166325555

**Plaintiff's name and address (judgment creditor)**
Simple Home Management

v

**Defendant's name and address (judgment debtor)**
Eva Molina
1139 Lincoln Ave Lot 8
Holland MI  49423

**Plaintiff's attorney, bar no., address, and telephone no.**
Velo Law Office
Scott Renner P73003
1750 Leonard ST NE
Grand Rapids MI  49505

**Garnishee's name and address**
Third Party Withholding Unit
Michigan Department of Treasury
PO Box 30785
Lansing MI  48909

**TO THE GARNISHEE:**

☐ 1. The garnishment issued on _____ Date _____ is withdrawn by the plaintiff.

The withdrawal was authorized on _____ Date _____ by _____ Plaintiff/Attorney _____ Bar no. _____.

☑ 2. The garnishment issued on 10/10/20 Date is cancelled by the court. No Money Judgment entered as to this Defendant.

3. You are released from further liability in connection with this garnishment.

4. Any amounts withheld by the garnishee on or after 10/10/20 Date _____ shall be returned to the defendant and any further withholdings shall be discontinued.

3/9/21
Date

_____
Deputy court clerk

**CERTIFICATE OF MAILING**   Use note: does not need to be completed if the document is served through MiFILE.

I served a copy of this release on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3). I declare under the penalties of perjury that this certificate of mailing has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

3/9/21
Date

_____
Signature

**TO THE PLAINTIFF:** The social security number field is blacked out on the court copy for security reasons, but will appear on the garnishee, defendant, and plaintiff copies.

MC 50  (10/20)  **GARNISHMENT RELEASE (Part 2)**                          MCR 3.101