# EXHIBIT

# E

| From: VELO ASSOCIATES PLC | | Date: 4/26/2021 |
| Pay To: Eva Molina | | Check #: 52739125 |
| Invoice # | Bill Amount | Payment Amount |
| 0485 / 2018LT0001921 | $400.01 | $400.01 |
| Total | | $400.01 |



5082-01-00-0001946-0001-0001959        Sent by Bill.com, Inc.  U.S. Patent No. 8,521,626