# EXHIBIT

# F

RR-0002220485

**STATE OF MICHIGAN**
61st Judicial District Court | **CERTIFICATE OF SATISFIED JUDGMENT** | CASE NO. 2018LT0001921

Court address: 180 Ottawa Ave NW, Grand Rapids MI 49503
Court telephone no.: (616)632-5555

Plaintiff name(s), address(es), and telephone no(s).
SIMPLE HOME MANAGEMENT LLC
c/o Velo Law Office
1750 Leonard Street NE Grand Rapids MI 49505

V

Defendant name(s), address(es), and telephone no(s).
MATTHEW BOUMAN
867 10th St NW Apt 1
Grand Rapids MI 49504

EVA MOLINA
1139 Lincoln Ave Lot 8
Holland MI 49423

NICOLE HEPBURN
867 10th St NW # DN
Grand Rapids MI 49504

Plaintiff's attorney, bar no., address, and telephone no.
VELO LAW OFFICE
Scott A Renner (P73003)
1750 Leonard Street NE
Grand Rapids MI 49505
(616) 333-0707

A judgment was entered by this court on:
7/20/2018 — Nicole Hepburn aka Molina
7/20/2018 — Eva Molina
7/20/2018 — Matthew Bouman

[X] **Satisfaction by Party**

The judgment has been satisfied in full as to [X] all defendants  [ ] defendant _____

Date: April 29, 2021

Plaintiff/Attorney signature:
Scott A Renner (P73003)        Joshua Z Kosmerick (P80941)
Jeffrey K VanHattum (P37969)   Bryan D Narlock (P83990)
Christopher J Sossong (P59383)

[ ] **Satisfaction by Clerk of the Court**

The judgment has been paid in full to the court on _____ Date

_____ Date       _____ Court clerk/Deputy court clerk

61ST DISTRICT COURT
MAY 18 2021
SUITE 1400

[ ] **Satisfaction by Judge**

After hearing, it has been determined that the judgment has been satisfied in full.

_____ Date       _____ Judge

**CERTIFICATE OF MAILING**

I certify that on this date copies of this satisfaction were served upon the parties and their attorneys by ordinary mail at the address shown above.

Date: 5/18/21

Signature: _____

MC 17 (6/04) CERTIFICATE OF SATISFIED JUDGMENT                                           MCR 2.820